FILED
NOV 15 2022
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-CR-172 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| NORMAN LEE BURCH, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(c) |
| Defendant. | ) | T. 18 U.S.C. § 2252(a)(2) |
| | ) | T. 18 U.S.C § 2252(b)(1) |
| | ) | T. 18 U.S.C § 2253 |
| | ) | T. 18 U.S.C. § 2256 |
| | ) | T. 18 U.S.C. § 2260A |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Attempted Sexual Exploitation of a Minor)**

On or about July 30, 2022, in the Southern District of Iowa, the defendant, NORMAN LEE BURCH, did knowingly employ and use a minor to engage in sexually explicit conduct, for the purpose of attempting to produce a visual depiction of such conduct, namely one or more videos of the lascivious exhibition of the genitals or pubic area of such minor, using material that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, namely a TCL A3 (Model: A509DL, Android Version: 11).

This is a violation of Title 18, United States Code, Sections 2251(a), (c), and 2256.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Attempted Receipt of Child Pornography and Receipt of Child Pornography)

Between approximately December 6, 2021, and approximately April 20, 2022, in the Southern District of Iowa, the defendant, NORMAN LEE BURCH, did knowingly attempt to receive and received visual depictions using a means or facility of interstate or foreign commerce or that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, namely an HP All in One Computer (SN. 8CC12308Y), the producing of such visual depictions involving the use of minors, that is, a person under the age of eighteen years, engaging in sexually explicit conduct (that is, actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, bestiality, masturbation, or the lascivious exhibition of the genitals or pubic area of any person), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Attempted Receipt of Child Pornography and Receipt of Child Pornography)

Between approximately June 20, 2022 and approximately August 5, 2022, in the Southern District of Iowa, the defendant, NORMAN LEE BURCH, did knowingly attempt to receive and received visual depictions using a means or facility of interstate or foreign commerce or that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, namely an Alcatel Quickflip (Model: U102AC), the producing of such visual depictions involving the use of minors, that is, a person under the age of eighteen years, engaging in sexually explicit conduct (that is, actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, bestiality, masturbation, or the lascivious exhibition of the genitals or pubic area of any person),, and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Commission of a felony offense involving a minor while required to register as a sex offender)**

On or about July 30, 2022, in the Southern District of Iowa, the defendant, NORMAN LEE BURCH, committed a felony offense involving a minor, namely: attempted sexual exploitation of a minor as charged in Count 1 of this Indictment, at a time when he was required by federal and/or other laws to register as a sex offender.

This is a violation of Title 18, United States Code, Section 2260A.

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

If the defendant, NORMAN LEE BURCH, is convicted of the offense(s) alleged in Counts 1, 2, 3, and/or 4 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Craig Peyton Gaumer,
Assistant United States Attorney